IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MANUELA MOON                                                              PLAINTIFF

V.                            CASE NO. 1:19-CV-01043

MURPHY USA, INC.                                                          DEFENDANT

## ORDER

Currently before the Court is the parties' Joint Motion to Stay the Action Pending Arbitration (Doc. 9). In the Motion, the parties advise that Plaintiff executed an arbitration agreement with Defendant that required arbitration of any dispute arising out of Plaintiff's employment or termination of employment with Defendant. Plaintiff consents to stay this action pending the resolution of her claims against Defendant in arbitration.

**IT IS THEREFORE ORDERED** that the Joint Motion to Stay the Action Pending Arbitration (Doc. 9) is **GRANTED**: The Clerk of Court is directed to administratively terminate the case, and the parties may move to reopen it if further action of the Court is required after arbitration has been completed.

**IT IS SO ORDERED** on this 16th day of October, 2019.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE