**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION**

**MANUELA MOON**                                                                                 **PLAINTIFF**

**V.**                               **CASE NO. 1:19-CV-1043**

**MURPHY USA, INC.**                                                      **DEFENDANT**

**ORDER OF DISMISSAL**

Now pending before the Court is Plaintiff's Motion to Dismiss with Prejudice (Doc. 11). The parties appeared to have resolved all issues in the case and have agreed to cover their own fees and costs. **IT IS THEREFORE ORDERED** that the Motion is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 28th day of October, 2020.

                                                                   /s/ Timothy L. Brooks
                                                                   TIMOTHY L. BROOKS
                                                                   UNITED STATES DISTRICT JUDGE